HANSON BRIDGETT LLP
BATYA F. FORSYTH (Bar No. 192396)
CANDICE P. SHIH (Bar No. 294251)
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: 415.777.3200
Facsimile: 415.541.9366
bforsyth@hansonbridgett.com
cshih@hansonbridgett.com

Attorneys for ASSOCIATED THIRD PARTY ADMINISTRATORS

[Other Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CAMOFI MASTER LDC and CAMHZN MASTER LDC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ASSOCIATED THIRD PARTY ADMINISTRATORS, DIANE GIST, JESSE M. KESSLER, MED-TECH HEALTH SOLUTIONS, LLC, RICHARD STIERWALT, UNITED BENEFITS AND PENSION SERVICES, INC.,<br><br>　　　　　Defendants. | Case No.  3:16-CV-00855-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO EXCHANGE INITIAL DISCLOSURES** |
| AND RELATED ACTIONS. | |

# STIPULATION

Plaintiffs CAMOFI Master LDC and CAMHZN Master LDC ("Plaintiffs"), Defendant ASSOCIATED THIRD PARTY ADMINISTRATORS ("ATPA"), Defendant DIANE GIST ("Gist"), Defendant RICHARD STIERWALT ("Stierwalt"); Defendant JESSE M. KESSLER ("Kessler"), and Defendant MED-TECH HEALTH SOLUTIONS, LLC ("Med-Tech") (collectively, "Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. That the Plaintiffs, ATPA, Gist, and Stierwalt filed a Joint Case Management Statement on June 2, 2016 in which they agreed to exchange their Initial Disclosures two weeks after the Court's decision on the motion to compel arbitration and stay the proceedings was published.

2. That the Court heard Defendant Stierwalt's Motion to Compel Arbitration on June 9, 2016.

3. That the Court issued a written order granting in part and denying in part Defendant Stierwalt's Motion to Compel Arbitration on June 16, 2016.

4. That the Court stated that Rule 26 early disclosures shall be exchanged by all parties by June 23, 2016.

5. That the deadline to exchange Initial Disclosures be extended to July 8, 2016.

IT IS SO STIPULATED.

DATED: June 23, 2016                HANSON BRIDGETT LLP


By: */s/ Candice P. Shih*
BATYA F. FORSYTH
CANDICE P. SHIH
Attorneys for Defendant/Cross-Claimant
ASSOCIATED THIRD PARTY ADMINISTRATORS

1  DATED: June 23, 2016                    DOWNEY BRAND LLP

2

3                                          By: /s/ William R. Warne (as authorized on 6/23/16)
                                               WILLIAM R. WARNE
4                                              Attorneys for Plaintiffs
                                               CAMOFI MASTER LDC and CAMHZN
5                                              MASTER LDC

6

7

8  DATED: June 23, 2016                    THE WILLIAMS FIRM

9

10                                         By: /s/ D. Alexander Floum (as authorized on 6/23/16)
                                               TIMOTHY C. WILLIAMS
11                                             D. ALEXANDER FLOUM
                                               Attorneys for Defendant/Cross-Claimant
12                                             DIANE GIST

13

14 DATED: June 23, 2016                    DONAHUE FITZGERALD LLP

15

16                                         By: /s/ John C. Kirke (as authorized on 6/23/16)
                                               JOHN C. KIRKE
17                                             JASON M. FLOM
                                               Attorneys for Defendant
18                                             RICHARD STIERWALT

19

20 DATED: June 23, 2016                    SANDS ANDERSON PC

21

22                                         By: /s/ George R. Pitts (as authorized on 6/23/16)
                                               GEORGE R. PITTS
23                                             Attorneys for Defendants
                                               JESSE M. KESSLER and MED-TECH HEALTH
24                                             SOLUTIONS, LLC

25

26

27

28

12479385.2

-3-                                C 3:16-CV-00855-EMC
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO EXCHANGE INITIAL
DISCLOSURES

**[~~PROPOSED~~] ORDER**

The Court, having reviewed the attached Stipulation of the Parties requesting an extension of the exchange of Initial Disclosures from June 23, 2016 to July 8, 2016, and for good cause, HEREBY ORDERS THAT:

1. The deadline for the Parties to exchange Initial Disclosures is extended to July 8, 2016.

IT IS SO ORDERED.

DATED: June 27, 2016



_____
Honorable Edward M. Chen