George R. Pitts (Bar No. 109827)
Sands Anderson PC
1497 Chain Bridge Road, Suite 202
McLean, VA 22101
Telephone: (703) 893-3600
Facsimile: (703) 893-8484
gpitts@sandsanderson.com

William R. Warne (Bar No. 141280)
Bradley C. Carroll (Bar No. 300658)
Downey Brand LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
bwarne@downeybrand.com
bcarroll@downeybrand.com

Counsel for Defendants and Counter-Claim/
Cross-Claim Plaintiffs Jesse M. Kessler and
Med-Tech Health Solutions, LLC

Counsel for Plaintiffs
CAMOFI MASTER LDC and
CAMHZN MASTER LDC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CAMOFI MASTER LDC and CAMHZN MASTER LDC,<br><br>Plaintiffs,<br><br>v.<br><br>ASSOCIATED THIRD PARTY ADMINISTRATORS, DIANE GIST, JESSE M. KESSLER, MED-TECH HEALTH SOLUTIONS, LLC, RICHARD STIERWALT, UNITED BENEFITS AND PENSION SERVICES, INC.,<br><br>Defendants.<br><br>AND RELATED ACTIONS. | Case No. 3:16-CV-00855-EMC<br><br>STIPULATION CONTINUING HEARING DATE ON PLAINTIFF'S MOTION TO DISMISS AMENDED COUNTERCLAIM OF DEFENDANTS JESSE M. KESSLER AND MED-TECH HEALTH SOLUTIONS LLC<br><br>Continued Hearing Date: October 27, 2016<br>Time: 1:30 p.m.<br>Judge: Hon. Edward M. Chen<br>Location: Courtroom 5 – 17th Floor |

Plaintiffs CAMOFI MASTER LDC and CAMHZN MASTER LDC ("Plaintiffs"), and

Defendants/Counter-Claim and Cross Claim Plaintiffs Jesse M. Kessler ("Kessler") and Med-

Tech Health Solutions LLC ("Med Tech") (collectively, the "Kessler Defendants") hereby

SANDS ANDERSON PC

1

Stipulation Continuing Hearing Date on Plaintiffs' Motion to Dismiss Amended Counterclaim
of Defendants Jesse M. Kessler and Med-Tech Health Solutions LLC
3:16-cv-0855-EMC

stipulate to continue the hearing date on Plaintiff's motion to dismiss the Kessler Defendants

amended counterclaim from October 13, 2016 to October 27, 2016 at 1:30 p.m.

Plaintiffs and Kessler and Med-Tech submit this stipulation pursuant to Northern District

of California Local Rule 7-7(a), which provides for continuance of a hearing on a motion by

stipulation prior to the filing of a response to the motion.  The Kessler Defendants' response to

Plaintiff's motion to dismiss is due September 22, 2016.  In accordance with Local Rule 7-7(d)

this continuance will not extend the time for serving opposing and reply papers, and will not alter

the dates of any deadlines or events already fixed by Court order.

Thus, pursuant to Local Rule 7-7(a), Plaintiffs and Kessler and Med-Tech hereby

stipulate that the hearing date on Plaintiffs' motion to dismiss the Kessler Defendants' amended

counterclaim is continued from October 13, 2016 at 1:30 p.m. to October 18, 2016 at 1:30 p.m.

DATE:  September 20, 2016

SANDS ANDERSON PC

By:  /s/George R. Pitts
George R Pitts, (#109827)
1497 Chain Bridge Road, Suite 202
McLean, VA  22101
Telephone:  (703) 893-3600
Facsimile:   (703) 893-8484
gpitts@sandsanderson.com

*Counsel for Defendants and Counter-
Claim/Plaintiffs Jesse M. Kessler and
and Med-Tech Health Solutions LLC*

2

Stipulation Continuing Hearing Date on Plaintiffs' Motion to Dismiss Amended Counterclaim
of Defendants Jesse  M. Kessler and Med-Tech Health Solutions LLC
3:16-cv-0855-EMC

SANDS ANDERSON PC

DATE: September 20, 2016                    DOWNEY BRAND LLP

By: /s/Bradley C. Carroll (as authorized on
9.19.16)
William R. Warne
Bradley C. Carroll
621 Capitol Mall, 18th Floor
Sacramento, CA  95814
(916) 520-5299
bwarne@downeybrand.com
bcarroll@downeybrand.com

*Counsel for Plaintiffs CAMOFI MASTER
LDC and CAMHZN MASTER LDC*

IT IS SO ORDERED.  As modified on P. 2 line 12.



IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation Continuing Hearing Date on Plaintiffs' Motion to Dismiss Amended Counterclaim
of Defendants Jesse  M. Kessler and Med-Tech Health Solutions LLC
3:16-cv-0855-EMC