DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
BRADLEY C. CARROLL (Bar No. 300658)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: 916.444.1000
Facsimile: 916.444.2100
bwarne@downeybrand.com
bcarroll@downeybrand.com

Attorneys for Plaintiffs
CAMOFI MASTER LDC and CAMHZN MASTER LDC

[Other Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMOFI MASTER LDC and CAMHZN MASTER LDC, <br><br> Plaintiffs, <br><br> v. <br><br> ASSOCIATED THIRD PARTY ADMINISTRATORS, DIANE GIST, JESSE M. KESSLER, MED-TECH HEALTH SOLUTIONS, LLC, RICHARD STIERWALT, UNITED BENEFITS AND PENSION SERVICES, INC., <br><br> Defendants. <br><br> AND RELATED ACTIONS. | Case No. 3:16-cv-00855-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE** <br><br> (modified) |

1458884.1

**STIPULATION**

Plaintiffs CAMOFI MASTER LDC and CAMHZN MASTER LDC ("Plaintiffs"), Defendant ASSOCIATED THIRD PARTY ADMINISTRATORS ("ATPA"), Defendant DIANE GIST ("Gist"), Defendant RICHARD STIERWALT ("Stierwalt"); Defendant JESSE M. KESSLER ("Kessler"), and Defendant MED-TECH HEALTH SOLUTIONS, LLC ("Med-Tech") (collectively, "Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. That on June 10, 2016, the Court ordered the Parties to complete private mediation by December 2, 2016.

2. That the Parties have agreed to conduct a private mediation before the Hon. David A. Garcia (Ret.) of JAMS.

3. That scheduling conflicts due to Plaintiffs' counsel's impacted trial schedule necessitate an extension of the deadline to complete private mediation.

4. That the deadline to complete private mediation be extended to January 13, 2017.

5. That the further status conference initially set for December 8, 2016, be extended to January 19, 2017.

6. That the extension of the deadline to complete private mediation will necessitate the extension of some of the other deadlines in this matter.

7. That the non-expert discovery cutoff date be extended to June 9, 2017; that opening expert reports be served by June 9, 2017; that expert rebuttal reports be served by June 30, 2017; that the expert discovery cut-off be extended to July 13, 2017.

8. That the last day for dispositive motions to be heard be extended to August 24, 2017.

9. That the previously scheduled dates for the Final Pretrial Conference and Trial remain unchanged.

/ / /

/ / /

/ / /

1     IT IS SO STIPULATED.

DATED: October 6, 2016    DOWNEY BRAND LLP

By: */s/ Bradley C. Carroll*
WILLIAM R. WARNE
BRADLEY C. CARROLL
Attorney for Plaintiffs
CAMOFI MASTER LDC and CAMHZN MASTER LDC

DATED: October 6, 2016    HANSON BRIDGETT LLP

By: */s/ Batya F. Forsyth (as authorized on 10/5/16)*
BATYA F. FORSYTH
CANDICE P. SHIH
Attorney for Defendant/Cross-Claimant
ASSOCIATED THIRD PARTY ADMINISTRATORS

DATED: October 6, 2016    THE WILLIAMS FIRM

By: */s/ D. Alexander Floum (as authorized on 10/5/16)*
TIMOTHY C. WILLIAMS
D. ALEXANDER FLOUM
Attorney for Defendant/Cross-Claimant
DIANE GIST

DATED: October 6, 2016    DONAHUE FITZGERALD LLP

By: */s/ John C. Kirke (as authorized on 10/5/16)*
JOHN C. KIRKE
Attorney for Defendant/Counter-Claimant
RICHARD STIERWALT

DATED: October 6, 2016    SANDS ANDERSON PC

By: */s/ George R. Pitts (as authorized on 10/5/16)*
GEORGE R. PITTS
Attorney for Defendants/Counter-Claimants/Cross-Claimants
JESSE M. KESSLER and MED-TECH HEALTH SOLUTIONS, LLC

**[PROPOSED] ORDER**

The Court, having reviewed the attached Stipulation of the Parties requesting an extension of the date to complete private mediation from December 2, 2016, to January 13, 2017, and an extension of other deadlines in this matter, and for good cause, HEREBY ORDERS THAT:

1. The deadline for the Parties to complete private mediation is extended to January 13, 2017.
2. The further status conference initially set for December 8, 2016, is extended to January 19, 2017.
3. The non-expert discovery cutoff date is extended to June ~~9~~ 2, 2017.
4. The deadline to serve opening expert reports is extended to June ~~9~~ 2, 2017.
5. The deadline to serve rebuttal expert reports is extended to June ~~30~~ 23, 2017.
6. The expert discovery cut-off date is extended to July ~~12~~ 6, 2017.
7. The last day for dispositive motions to be heard is extended to August ~~24~~ 3, 2017.

IT IS SO ORDERED.

DATED: October __7__, 2016



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

1458884.1                                3

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE