DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
JAMIE P. DREHER (Bar No. 209380)
BRADLEY C. CARROLL (Bar No. 300658)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: 916.444.1000
Facsimile: 916.444.2100
bwarne@downeybrand.com
jdreher@downeybrand.com
bcarroll@downeybrand.com

Attorneys for Plaintiffs
CAMOFI MASTER LDC and CAMHZN MASTER LDC

[Other Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMOFI MASTER LDC and CAMHZN MASTER LDC,<br><br>Plaintiffs,<br><br>v.<br><br>ASSOCIATED THIRD PARTY ADMINISTRATORS, DIANE GIST, JESSE M. KESSLER, MED-TECH HEALTH SOLUTIONS, LLC, RICHARD STIERWALT, UNITED BENEFITS AND PENSION SERVICES, INC.,<br><br>Defendants.<br><br>AND RELATED ACTIONS. | Case No. 3:16-cv-00855-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER TEMPORARY STAY OF LITIGATION IN LIGHT OF BANKRUPTCY AUTOMATIC STAY** |

1476584.1

# STIPULATION

Plaintiffs CAMOFI MASTER LDC and CAMHZN MASTER LDC ("Plaintiffs" or "CAM Funds"), Defendant ASSOCIATED THIRD PARTY ADMINISTRATORS ("ATPA"), Defendant DIANE GIST ("Gist"), Defendant and Counter-Claimant RICHARD STIERWALT ("Stierwalt"); Defendant and Counterclaim Plaintiff JESSE M. KESSLER ("Kessler"), and Defendant and Counterclaim Plaintiff MED-TECH HEALTH SOLUTIONS, LLC ("Med-Tech") (collectively, "Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. That on October 17, 2016, ATPA filed a voluntary Chapter 11 Petition for Bankruptcy in the United States Bankruptcy Court for the Central District of California ("Bankruptcy Court"), with the intent of selling substantially all of its assets to a third party.

2. That on October 26, 2016, ATPA filed, in this action, a Notice of Filing of Petition for Relief Under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101, Et Seq., and Imposition of Automatic Stay.

3. That on December 1, 2016, Plaintiffs filed with the Bankruptcy Court a Motion for Relief from the Automatic Stay under 11 U.S.C. § 362, which set the hearing for the Motion on January 4, 2017.

4. That on December 9, 2016, the Bankruptcy Court granted the motion of the Southern California Local 831 Employer Pension Trust Fund for an order converting ATPA's bankruptcy cases to cases under Chapter 7.

5. That the effective date of the conversion of ATPA's bankruptcy cases to Chapter 7 cases was January 19, 2017.

6. That, because of the conversion of ATPA's bankruptcy cases to Chapter 7 cases and the consequent appointment of a Chapter 7 Trustee, the Bankruptcy Court hearing on Plaintiff's Motion for Relief from the Automatic Stay was moved to February 8, 2017 to allow the Chapter 7 Trustee to review and respond to the Motion for Relief from the Automatic Stay.

7. That Med-Tech and Kessler intended to file their own Motion for Relief from the Automatic Stay, to be heard on February 8, 2017, with the Bankruptcy Court with respect to their

cross claims against ATPA in this action.

8.   That, because of the Automatic Stay, this case is currently stayed as to ATPA, pending the outcome of Plaintiffs' and Med-Tech and Kessler's Motions for Relief from the Automatic Stay.

9.   That, on January 10, 2017, the Parties filed a Stipulation and [Proposed] Order Regarding Temporary Stay of Litigation in Light of Bankruptcy Automatic Stay, staying this case for 60 days as to all Parties pending the outcome of Plaintiffs' and Med-Tech and Kessler's Motions for Relief from the Automatic Stay and tolling and extending all deadlines in this case during the pendency of the stay for 60 days.

10.   That, on January 12, 2017, the Court approved the Parties' stipulation.

11.   That, on January 17, 2017, Med-Tech and Kessler filed their Motion for Relief from the Automatic Stay under 11 U.S.C. § 362, which set the hearing for the Motion on February 8, 2017.

12.   That, on February 7, 2017, the Bankruptcy Court approved a stipulation between the Chapter 7 Trustee, the CAM Funds, and Med-Tech and Kessler continuing the hearing on the Motions for Relief from Automatic Stay to March 8, 2017.

13.   That, on February 21, 2017, the Bankruptcy Judge approved a stipulation between the Chapter 7 Trustee and the CAM Funds continuing the hearing on the CAM Funds' Motion for Relief from Automatic Stay to April 19, 2017.

14.   That, on March 13, 2017, Med-Tech and Kessler gave notice in the Bankruptcy Action that the hearing on Med-Tech and Kessler's Motion for Relief from Automatic Stay had been continued to May 17, 2017.

15.   That, given the continuances of Plaintiffs' and Med-Tech and Kessler's Motions for Relief from Automatic Stay, this case should be stayed for a further 60 days as to all Parties pending the outcome of Plaintiffs' and Med-Tech and Kessler's Motions for Relief from the Automatic Stay.

16.   That all deadlines in this case during the pendency of the stay should be tolled and extended for 60 days.

17.  That all other deadlines in this case should be extended for 60 days. Specifically, the Status Conference currently set for March 23, 2017, should be extended to May 25, 2017, at which time the Parties will report on the progress of ATPA's bankruptcy and address whether a further stay of this case is necessary.

IT IS SO STIPULATED.

DATED: March 16, 2017         DOWNEY BRAND LLP

By: /s/ Jamie P. Dreher
    WILLIAM R. WARNE
    JAMIE P. DREHER
    BRADLEY C. CARROLL
    Attorney for Plaintiffs
    CAMOFI MASTER LDC and CAMHZN MASTER LDC

DATED: March 16, 2017         HANSON BRIDGETT LLP

By: /s/ Batya F. Forsyth (as authorized 3/15/17)
    BATYA F. FORSYTH
    CANDICE P. SHIH
    Attorney for Defendant/Cross-Claimant
    ASSOCIATED THIRD PARTY ADMINISTRATORS

DATED: March 16, 2017         THE WILLIAMS FIRM

By: /s/ D. Alexander Floum (as authorized 3/15/17)
    TIMOTHY C. WILLIAMS
    D. ALEXANDER FLOUM
    Attorney for Defendant/Cross-Claimant
    DIANE GIST

DATED: March 16, 2017         DONAHUE FITZGERALD LLP

By: /s/ John C. Kirke (as authorized 3/16/17)
    JOHN C. KIRKE
    Attorney for Defendant/Counter-Claimant
    RICHARD STIERWALT

DATED:  March 16, 2017          SANDS ANDERSON PC

By: /s/ George R. Pitts (as authorized 3/15/17)
GEORGE R. PITTS
Attorney for Defendants/Counter-Claimants/Cross-Claimants
JESSE M. KESSLER and MED-TECH HEALTH SOLUTIONS, LLC

## [PROPOSED] ORDER

The Court, having reviewed the attached Stipulation of the Parties requesting that the case be stayed for a further 60 days, and an extension of other deadlines in this matter, and for good cause, HEREBY ORDERS THAT:

1. This case is stayed for 60 days—from March 16, 2017, until May 15, 2017—as to all Parties pending the outcome of Plaintiffs' and Med-Tech and Kessler's Motions for Relief from the Automatic Stay.

2. All deadlines in this case during the pendency of the stay are tolled and extended for 60 days.

3. All other deadlines in this case are extended for 60 days.

4. The March 23, 2017, Status Conference is vacated and reset for May 25, 2017. At that Status Conference, the Parties are to report on the progress of ATPA's bankruptcy and address whether a further stay of this case is necessary.

IT IS SO ORDERED.


DATED: March 20, 2017



HON. Judge Edward M. Chen